

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

ROBERT A. LABERGE, ESQ.
rlaberge@bsk.com
P: 315.218.8372

October 6, 2021

**VIA FIRST CLASS MAIL**

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Local Union 97, International Brotherhood of Electrical Workers, AFL-CIO v. Niagara Mohawk Power Corporation, d/b/a National Grid*, Case No. 21-2443

Dear Clerk:

This law firm represents Defendant-Appellant Niagara Mohawk Power Corporation, d/b/a National Grid (the "Appellant" or "National Grid") in the above-referenced appeal. Pursuant to Local Rule 31.2(a)(1)(A), Appellant respectfully requests that this Court set January 4, 2022 as the deadline for Appellants' brief. This date is within 91 days after Appellant's filing of the certificate that no transcript will be ordered on October 6, 2021.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Robert A. LaBerge

RAL/cdr

13165530.1 10/5/2021

Attorneys At Law | A Professional Limited Liability Company