UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

LOCAL UNION 97, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
AFL-CIO,

                Plaintiff,

v.

NIAGARA MOHAWK POWER CORPORATION,
doing business as NATIONAL GRID,
                Defendant.

**AFFIDAVIT OF SERVICE**

Case No.: 21-2443

STATE OF NEW YORK    )
                                )ss:
COUNTY OF ONONDAGA )

      Hannah K. Redmond, being duly sworn, deposes and says that on October 6, 2021, in the County of Onondaga and State of New York, she served copies of Defendant-Appellant's Acknowledgment and Notice of Appearance, Civil Appeal Pre-Argument Statement (Form C), Civil Appeal Transcript Information (Form D), and Defendant-Appellant's Local Rule 31.2 Scheduling Notification upon the attorney whose name is set forth below by electronically filing via the Court's electronic filing system:

                              Brian J. LaClair, Esq.
                              Blitman & King, LLP
                              443 North Franklin Street, Suite 300
                              Syracuse, NY 13204-5412
                              Telephone: (315) 422-7111
                              Email: bjlaclair@bklawyers.com

                              Hannah K. Redmond

Sworn to before me this 6th
day of October, 2021.

_____
Notary Public

MICHELLE ANN MACK
Notary Public, State of New York
Qualified in Onondaga Co. No. 01MA6027369
My Commission Expires July 6, 2023

13170467.1 10/6/2021